IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOBBY FRANKLIN HUNTER, JR.                                                                 PLAINTIFF

v.                                            Civil No. 6:18-cv-6108

DR. DANIELS                                                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 7, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Marschewski conducted a preservice screening of Plaintiff Bobby Franklin Hunter Jr.'s complaint and now recommends that the Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. Specifically, Judge Marschewski finds that Plaintiff has failed to state a plausible claim of deliberate indifference against Defendant Daniels because he has only alleged facts supporting a negligence or malpractice claim, which fails to rise to the level of a constitutional violation. Thus, Judge Marschewski concludes that Plaintiff's complaint should be dismissed without prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge